267 F.2d 319
 BEOL, INC., Appellee,
v.
H. S. DORF & CO., Inc., Alleged Bankrupt-Appellant.
 No. 352, Docket 25579.
 United States Court of Appeals Second Circuit.
 Submitted June 5, 1959.
Decided June 17, 1959.
 
 Edward Gettinger and Samuel W. Sherman, of Gettinger & Gettinger, New York City, for alleged bankrupt-appellant.
 Borris M. Komar, New York City, for appellee.
 Before CLARK, Chief Judge, and LUMBARD and WATERMAN, Circuit Judges.
 PER CURIAM.
 
 
 1
 There is no sound ground for a stay of the state court action at the present time. Metcalf Bros. & Co. v. Barker, 187 U.S. 165, 23 S.Ct. 67, 47 L.Ed. 122; In re Denton & Haskins Music Pub. Co., D.C.S.D.N.Y., 10 F.Supp. 802, per Patterson, J.
 
 
 2
 Affirmed.